# EXHIBIT A
## Ms. Owens' Balance Credit Loan Agreement
## September 19, 2023 - Excerpt

**THIS AGREEMENT SHALL NOT CONSTITUTE A "NEGOTIABLE INSTRUMENT"**

**FEDERAL TRUTH-IN-LENDING DISCLOSURES AND PROMISSORY NOTE**

App # ███████████   Date: 09/19/2023

**Borrower:**
Tammy Owens
███████████
LAKE WALES, FL 33853
███████████

**Lender:**
CC Connect, a division of
Capital Community Bank
3280 N. University Avenue
Provo, UT 84604
(855)-942-2526

In the following Federal Truth-In-Lending Disclosures and Promissory Note (the "Note", "Loan" or "Agreement"), "Borrower," "I," "me," and "my" refer to the Borrower who has signed this Note. "Lender," "you," and "your" refer to CC Connect, a division of Capital Community Bank. Capital Community Bank is an FDIC-insured Utah state-chartered bank.

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| 223.99% | $2,037.00 | $1,405.25 | $3,442.25 |

**Payment Schedule:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 1 | $132.39 | 09/28/2023 |
| 2 | $132.39 | 10/12/2023 |
| 3 | $132.39 | 10/26/2023 |
| 4 | $132.39 | 11/09/2023 |
| 5 | $132.39 | 11/23/2023 |
| 6 | $132.39 | 12/07/2023 |
| 7 | $132.39 | 12/21/2023 |
| 8 | $132.39 | 01/04/2024 |
| 9 | $132.39 | 01/18/2024 |
| 10 | $132.39 | 02/01/2024 |
| 11 | $132.39 | 02/15/2024 |
| 12 | $132.39 | 02/29/2024 |
| 13 | $132.39 | 03/14/2024 |
| 14 | $132.39 | 03/28/2024 |
| 15 | $132.39 | 04/11/2024 |
| 16 | $132.39 | 04/25/2024 |
| 17 | $132.39 | 05/09/2024 |
| 18 | $132.39 | 05/23/2024 |
| 19 | $132.39 | 06/06/2024 |
| 20 | $132.39 | 06/20/2024 |

# EXHIBIT B
## CCB Tradeline from Ms. Owens' Clarity Disclosure, December 18, 2023 - Excerpt

### Account #13

#### Consumer

| | |
|---|---|
| **Name:** OWENS, TAMMY | **Date of Birth:** |
| **Address:** | |
| **Bank Routing Number:** | **Bank Account Number:** |
| **Phone Number:** | |

#### Current

| | |
|---|---|
| **Account #:** | **Company:** CCBank/TLS/SunUp |
| **Account Type:** Unsecured | **Credit Limit:** $0 |
| **Ownership:** Individual | **Current Loan Amount:** $1,405 |
| **Number of Payments:** 12 | **Current Balance:** $1,326 |
| **Payment Frequency:** Biweekly Only | **Past Due:** $0 |
| **Open Date:** 9/20/2023 | **Actual Payment:** $264 |
| **First Due Date:** | **Next Payment Amount:** $285 |
| **Last Update Date:** 11/15/2023 | **Status:** Current |
| **Delinquency Date:** | **Closed Date:** |
| **Payment History:** 0--0 | **Closed Status:** |
| **Comment:** | |
| **Consumer Dispute:** | |

#### Historical

| | |
|---|---|
| **Original Account Type:** Unsecured | **Original Loan Amount:** $1,405 |
| **First Payment Date:** 10/12/2023 | **First On-Time Payment Date:** 10/12/2023 |
| **Last Payment Date:** 11/9/2023 | **Last On-Time Payment Date:** 11/9/2023 |
| **Total Late Payments:** 0 | **Collections (#):** 0 |
| **Amount of Late Payments:** $0 | **Total Collections:** $0 |
| **Total Days Late:** 0 | **Days in Collections:** 0 |
| **Longest Late Payment:** 0 | **Last Collection Date:** |
| **Charged Off Date:** | **Worst Payment Status:** Current |
| **Charge Off Amount:** | **First Closed Date:** |