IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| **TAMMY OWENS,** *Plaintiff,* v. **SUNUP FINANCIAL, LLC, TOTAL LOAN SERVICES, LLC,** *and* **CAPITAL COMMUNITY BANK, INC.** *Defendants.* | Case No. 8:24-cv-00432-KKM-UAM |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, NOW COME Plaintiff Tammy Owens and Defendants SunUp Financial, LLC, Total Loan Services, LLC, and Capital Community Bank, Inc. (collectively, the "Parties"), by and through undersigned counsel, and hereby notify the Court that the Parties have agreed to settle the matters at issue between them in the present action. The Parties are in the process of reducing their agreement to writing and upon finalization and execution of the settlement document(s), the Parties will file appropriate papers with the Court dismissing the Complaint with prejudice. Absent further order of the Court, the Parties will file a Stipulation of Dismissal within 45 days of the filing of this Notice.

Dated: April 12, 2024

| | |
|---|---|
| **TAMMY OWENS** | **SUNUP FINANCIAL, LLC, TOTAL LOAN SERVICES, LLC, and CAPITAL COMMUNITY BANK, INC.** |
| */s/ Christian E. Cok* | */s/ Noah J. DiPasquale* |
| Christian E. Cok, Esq. (Bar No. 1032167) | Noah J. DiPasquale, Esq. (Bar No. 1003238) |
| SERAPH LEGAL, P.A. | Troutman Pepper Hamilton Sanders LLP |
| 2124 W. Kennedy Blvd., Suite A | 1001 Haxall Point |
| Tampa, FL 33606 | Richmond, VA 23219 |
| Telephone: (813) 567-1230 | Telephone: (804) 697-1266 |
| Facsimile: (855) 500-0705 | Facsimile: (804) 697-1339 |
| Email: CCok@seraphlegal.com | noah.dispasquale@troutman.com |
| *Counsel for Plaintiff Tammy Owens* | *Counsel for Defendants SunUp Financial, LLC, Total Loan Services, LLC, and Capital Community Bank, Inc.* |

170550125