## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**TAMMY OWENS,**

*Plaintiff,*

v.

**SUNUP FINANCIAL, LLC,**
**TOTAL LOAN SERVICES, LLC,**
*and* **CAPITAL COMMUNITY**
**BANK, INC.,**

*Defendants.*

Case Number:    8:24-cv-00432

## NOTICE OF DISMISSAL WITH PREJUDICE

All Parties having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, effective April 24, 2024, each party to bear its own costs and attorneys' fees.

Respectfully submitted on April 24, 2024.

*/s/ Christian E. Cok*
Christian E. Cok
FL Bar # 1032167
CCok@Seraphlegal.com
SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-321-2349
Fax: 855-500-0705
*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, a copy of the foregoing was filed electronically via the CM/ECF System and served via e-Notice to all counsel of record.

/s/ *Christian E. Cok*
Christian E. Cok
FL Bar # 1032167